DILLINGHAM v. YEARGIN CONSTRUCTION CO.

No. 638PA86.

Case below: 82 N.C. App. 684.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 6 January 1987.

DOUGLAS v. CENTURY HOME BUILDERS, INC.

No. 578P86.

Case below: 82 N.C. App. 591.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 January 1987.

DURHAM HIGHWAY FIRE PROTECTION ASSOC. v. BAKER

No. 589P86.

Case below: 82 N.C. App. 583.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 6 January 1987.

EAST CAROLINA OIL TRANSPORT v. PETROLEUM
FUEL & TERMINAL CO.

No. 641P86.

Case below: 82 N.C. App. 746.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 January 1987.

ESTEEL CO. v. GOODMAN

No. 640P86.

Case below: 82 N.C. App. 692.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 January 1987.